**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____     Chapter     **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **M Group Hotels, Inc.** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4744578** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6945 ABBOTT AVENUE** <br> **Miami Beach, FL 33141** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Miami-Dade** <br> County | **Location of principal assets, if different from principal place of business** <br> **6945 ABBOTT AVENUE Miami Beach, FL 33141** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **M Group Hotels, Inc.**
Name

Case number (*if known*) _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_7211_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| | | | |
|---|---|---|---|
| Debtor | **The Alpha House, Inc.** | Relationship | **Common owner** |
| District | **Southrn District of Florida** | When **3/11/21** | Case number, if known **21-123668 RAM** |

Debtor  **M Group Hotels, Inc.**

Name

Case number (*if known*)

Debtor   **M Group Hotels, Inc.**                              Case number (*if known*) _____
         Name

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
          Contact name    _____
          Phone           _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | M Group Hotels, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 23, 2021**
MM / DD / YYYY

X _____          Matthieu Mamoudi
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

X **Robert C Meyer**          Date **April 23, 2021**
Signature of attorney for debtor          MM / DD / YYYY

**Robert C. Meyer,PA 436062**
Printed name

**Robert C Meyer, PA**
Firm name

**2223 Coral Way**
**Miami, FL 33145-3508**
Number, Street, City, State & ZIP Code

Contact phone    **305-285-8838**          Email address    **meyerrobertc@cs.com**

**436062 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name    **M Group Hotels, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■    *Schedule H: Codebtors* (Official Form 206H)
- ■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐    *Amended Schedule* _____
- ■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■    *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 23, 2021**          X _____

Signature of individual signing on behalf of debtor

**Matthieu Mamoudi**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><strong>M Group Hotels, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Capital One POB 60599 City of Industry, CA 91716** | | | **Contingent Unliquidated** | | | $12,000.00 |
| **Dade County FCU 1500 NW 107 Avenue Miami, FL 33172** | | Business loan | **Contingent Disputed** | | | $30,000.00 |
| **First Home Bank 9190 Seminole Rd Seminole, FL 33772** | | SBA Loan for business<br><br>May have lien on personalty or receivables | **Unliquidated** | | | $144,859.00 |
| **First Land Ltd c/o Francis Boyer 9471 Baymeadows Rd Suite 406 Jacksonville, FL 32256** | | 6945 Abbot Ave Miami Beach, FL 33141<br><br>Lot 1, Block "E", of A TLA TIC HEIGHTS CORRECTED, according to the Plat threreof, as recorded in Plat Book 9 | **Unliquidated Disputed** | | | $856,945.00 |

Debtor **M Group Hotels, Inc.**                                    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Marianna Holdings LLC 8600 W Flagler St #100 Miami, FL 33144** | | **6945 Abbot Ave Miami Beach, FL 33141** **Lot 1, Block "E", of A TLA TIC HEIGHTS CORRECTED, according to the Plat threreof, as recorded in Plat Book 9** | **Contingent Unliquidated** | | | **$1,312,368.74** |
| **On Deck Business Loans 1400 Broadway New York, NY 10018** | | **Business Loan** | **Contingent Disputed** | | | **$62,564.88** |
| **SBA Disaster Loans 14925 Kingsport Rd Fort Worth, TX 76155-2243** | | **M Group Hotels/Alpha House** **This may be duplicate of First Home debt** | **Disputed** | | | **$150,000.00** |
| **State of Florida POB 5906 Tallahassee, FL 32314-5906** | | | **Unliquidated Disputed** | | | **$75,000.00** |

**Fill in this information to identify the case:**

Debtor name   **M Group Hotels, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $            0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $         10,820.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $         10,820.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $            0.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $         75,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$      2,568,737.62

4.  **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b

   $      2,643,737.62

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **M Group Hotels, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Checking Acct: 6271 -- coowned with The Alpha House, Inc.** | Checking | 6271 | $0.00 |
| 3.2. | **Bank Act 8430 -- coowned with The Alpha House, Inc.** | Checking | 8430 | $0.00 |
| 3.3. | **Acct FNBSM -- -- coowned with The Alpha House, Inc.** | Checking | 8760 | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $0.00 |

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Debtor    **M Group Hotels, Inc.**                                    Case number *(if known)* _____
          Name

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Hotels furniture -- coowned with The Alpha House, Inc.** | $100.00 | Appraisal | $10,820.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                              | $10,820.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **M Group Hotels, Inc.**    Case number *(If known)* _____
          Name

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **M Group Hotels, Inc.**
      Name

Case number *(If known)* _____

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,820.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,820.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,820.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **M Group Hotels, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **First Home Bank** | |
|---|---|---|
| | Creditor's Name | |

| | | |
|---|---|---|
| **9190 Seminole Rd**<br>**Seminole, FL 33772** | Describe debtor's property that is subject to a lien<br>**Hotels furniture -- coowned with The Alpha House, Inc.** | **$0.00** | **$10,820.00** |

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$0.00** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

**Fill in this information to identify the case:**

Debtor name __M Group Hotels, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**State of Florida**<br>**POB 5906**<br>**Tallahassee, FL 32314-5906** | $75,000.00 | $75,000.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim: _____

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Capital One**<br>**POB 60599**<br>**City of Industry, CA 91716** | $12,000.00 |

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

|  |  | |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**Dade County FCU**<br>**1500 NW 107 Avenue**<br>**Miami, FL 33172** | $30,000.00 |

**Date(s) debt was incurred** __

**Last 4 digits of account number** __8532__

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Business loan__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **M Group Hotels, Inc.**                                      Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.    **$144,859.00** |

**First Home Bank**
**9190 Seminole Rd**
**Seminole, FL 33772**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **5008**

Basis for the claim:  **SBA Loan for business**

**May have lien on personalty or receivables**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.    **$856,945.00** |

**First Land Ltd**
**c/o Francis Boyer**
**9471 Baymeadows Rd Suite 406**
**Jacksonville, FL 32256**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **1234**

Basis for the claim:  **6945 Abbot Ave**
**Miami Beach, FL 33141**

**Lot 1, Block "E", of A TLA TIC HEIGHTS CORRECTED, according to the Plat**
**thereof, as recorded in Plat Book 9 page 14, of the Public Records of Dade County,**
**Florida**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.    **$1,312,368.74** |

**Marianna Holdings LLC**
**8600 W Flagler St #100**
**Miami, FL 33144**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **9001**

Basis for the claim:  **6945 Abbot Ave**
**Miami Beach, FL 33141**

**Lot 1, Block "E", of A TLA TIC HEIGHTS CORRECTED, according to the Plat**
**thereof, as recorded in Plat Book 9 page 14, of the Public Records of Dade County,**
**Florida**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.    **$0.00** |

**Matthieu Mamoudi**
**6945 Abbot Ave**
**Miami Beach, FL 33141**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Business aid**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.    **$62,564.88** |

**On Deck Business Loans**
**1400 Broadway**
**New York, NY 10018**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **0577**

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M Group Hotels, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**SBA Disaster Loans**
**14925 Kingsport Rd**
**Fort Worth, TX 76155-2243**

Date(s) debt was incurred ___

Last 4 digits of account number  **7407**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **M Group Hotels/Alpha House**

**This may be duplicate of First Home debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**The Alpha House, Inc.**
**6945 Abbot Ave**
**Miami Beach, FL 33141**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Claim of sontribution may exist**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Florida Department of Revenue**<br>**Mail Stop 3-2000**<br>**5050 W Tennessee St**<br>**Tallahassee, FL 32399-0112** | Line **2.1**<br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Jacqueline Calderin**<br>**55 Alhambra Plaza**<br>**#800**<br>**Miami, FL 33134** | Line **3.4**<br>☐ Not listed. Explain ___ | _ |
| 4.3 | **On Deck Capital Corp**<br>**901 N Stuart St**<br>**Suite 700**<br>**Arlington, VA 22203** | Line **3.7**<br>☐ Not listed. Explain ___ | **0577** |
| 4.4 | **SBA**<br>**14925 Kingsport Rd**<br>**Fort Worth, TX 76155-2243** | Line **3.8**<br>☐ Not listed. Explain ___ | **7407** |
| 4.5 | **SBA Miami**<br>**100 S Biscayne Blvd #7**<br>**Miami, FL 33131** | Line **3.3**<br>☐ Not listed. Explain ___ | _ |
| 4.6 | **Stephanie Lieb**<br>**101 E. Kennedy Blvd**<br>**Suite 2700**<br>**Tampa, FL 33602** | Line **3.3**<br>☐ Not listed. Explain ___ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **75,000.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **2,568,737.62** |

Debtor      **M Group Hotels, Inc.**
_____
            Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
   Lines 5a + 5b = 5c.

5c.    $ _____ **2,643,737.62**

**Fill in this information to identify the case:**

Debtor name   **M Group Hotels, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract    _____ | _____ |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract    _____ | _____ |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract    _____ | _____ |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract    _____ | _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **M Group Hotels, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Matthieu Mamoudi** | **6945 Abbot Ave** **Wellington, FL 33414** | **The Alpha House, Inc.** | ☐ D _____ <br> ■ E/F **3.9** <br> ☐ G _____ |
| 2.2 **Matthieu Mamoudi** | **6945 Abbot Ave** **Miami Beach, FL 33141** | **Marianna Holdings LLC** | ☐ D _____ <br> ■ E/F **3.5** <br> ☐ G _____ |
| 2.3 **Matthieu Mamoudi** | **6945 Abbot Ave** **Miami Beach, FL 33141** | **First Land Ltd** | ☐ D _____ <br> ■ E/F **3.4** <br> ☐ G _____ |
| 2.4 **Matthieu Mamoudi** | **6945 Abbot Ave** **Miami Beach, FL 33141** | **SBA Disaster Loans** | ☐ D _____ <br> ■ E/F **3.8** <br> ☐ G _____ |
| 2.5 **Matthieu Mamoudi** | **6945 Abbot Ave** **Miami Beach, FL 33141** | **State of Florida** | ☐ D _____ <br> ■ E/F **2.1** <br> ☐ G _____ |

Debtor    **M Group Hotels, Inc.**                                    Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 2.6 | The Alpha House Inc. | 6945 Abbott Ave Miami Beach, FL 33141 | Matthieu Mamoudi | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.7 | The Alpha House Inc. | 6945 Abbott Ave Miami Beach, FL 33141 | First Land Ltd | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.8 | The Alpha House Inc. | 6945 Abbott Ave Miami Beach, FL 33141 | SBA Disaster Loans | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.9 | The Alpha House Inc. | 6945 Abbott Ave Miami Beach, FL 33141 | On Deck Business Loans | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.10 | The Alpha House Inc. | 6945 Abbott Ave Miami Beach, FL 33141 | Dade County FCU | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.11 | The Alpha House, Inc. | 6945 Abbot Ave Miami Beach, FL 33141 | First Home Bank | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.12 | The Alpha House, Inc. | 6945 Abbot Ave Miami Beach, FL 33141 | Capital One | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |

# United States Bankruptcy Court
## Southern District of Florida

In re    **M Group Hotels, Inc.**                           Case No. _____

                                    Debtor(s)              Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Matthieu Mamoudi**<br>**6945 ABBOTT AVENUE**<br>**Miami Beach, FL 33141** | | 100 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 23, 2021**                        Signature                                       

                                                              **Matthieu Mamoudi**

             *Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                               18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Florida

In re    M Group Hotels, Inc.

Debtor(s)

Case No.

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 23, 2021**

**Matthieu Mamoudi/President**
Signer/Title

# United States Bankruptcy Court
## Southern District of Florida

In re   __M Group Hotels, Inc._____

                                        Debtor(s)

Case No. _____

Chapter   __11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __M Group Hotels, Inc.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Matthieu Mamoudi
6945 ABBOTT AVENUE
Miami Beach, FL 33141**

☐ None [*Check if applicable*]

**April 23, 2021**_____

Date

Robert C Meyer

**Robert C. Meyer,PA 436062**_____

Signature of Attorney or Litigant

Counsel for   **M Group Hotels, Inc.**_____

**Robert C Meyer, PA
2223 Coral Way
Miami, FL 33145-3508
305-285-8838 Fax:305-285-8919
meyerrobertc@cs.com**