

ORDERED in the Southern District of Florida on April 27, 2021.

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

IN RE:

The Alpha House, Inc.                                Chapter 11
                                                     CASE NO.: 21-12338 RAM
_____/

M Group Hotels, Inc.
    a Florida corporation
        Debtor-in-possession.                        Chapter 11
                                                     CASE: 21-13977 RAM
_____/

### *EX PARTE* ORDER JOINTLY ADMINISTERING CHAPTER 11 CASES

This matter came before the court

■    ex parte or;

☐    at a hearing on _____

on a motion filed pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1(A)(2).

The cases identified in the caption of this order are pending in this court by or against (1) a husband and wife, or (2) a partnership and one or more of its general partners, or (3) two or more

CASE NO.: 21-12338 RAM
Page 2

general members of a partnership, or (4) a debtor and an affiliate. It appears that these cases should be jointly administered as authorized under Bankruptcy Rule 1015 and Local Rule 1015-1.

Accordingly it is

ORDERED that:

1. These cases shall be jointly administered.

2. A single case docket and court file will be maintained hereafter under the "lead case" number.

3. Pleadings filed in other than the lead case shall be captioned under the lead case name(s) and case number followed by the words "(Jointly Administered)" and beneath that caption, the case names and numbers for the cases in which the document is being filed. Claims filed shall indicate only the case name and number of the case in which the claim is asserted. Separate claims registers shall be maintained for each case. Ballots shall be styled and filed only in the case name and number of the member case for which the plan being voted on was filed.

4. The debtor-in-possession, or if applicable, trustee, will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

###

Submitted by:
Robert C. Meyer, P.A.
2223 Coral Way
Miami, Florida 33145-3508
305.285.8838
305.285.8919 fax
meyerrobertc@cs.com
Y:\Clients\13039\BKC\O'Consolidate.wpd